A QUANTITY OF COPIES OF BOOKS ET AL.
*v.* KANSAS.

No. 865. Decided June 12, 1967.

*Stanley Fleishman* for petitioners.

*Robert C. Londerholm,* Attorney General of Kansas, for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Supreme Court of Kansas is reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE would grant the petition and set the case for oral argument in light of *A Quantity of Books* v. *Kansas,* 378 U. S. 205.

MR. JUSTICE CLARK would grant the petition and affirm the judgment.

MR. JUSTICE HARLAN adheres to the views expressed in his separate opinions in *Roth* v. *United States,* 354 U. S. 476, 496, and *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, and on the basis of the reasoning set forth therein would affirm.